UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:22-cv-02089-MEMF-AGRx                                Date June 6, 2024

Title: Jinhua Zhu v. Alejandro Mayorkas, et al.

Present: The Honorable Maame Ewusi-Mensah Frimpong

| Damon Berry | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

N/A                                                                        N/A

Proceedings:    ☐ In Court         ☒ In Chambers         ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 11                          .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.


Initials of Preparer        DBE